**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6638**

JAMES ROBERT RICE,

Petitioner - Appellant,

v.

WARDEN FCI EDGEFIELD,

Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence.  Patrick Michael Duffy, Senior District Judge.  (4:17-cv-03091-PMD)

Submitted:  October 1, 2018                                Decided:  October 17, 2018

Before GREGORY, Chief Judge, WYNN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Robert Rice, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Robert Rice, a federal prisoner, appeals the district court's order accepting in part the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rice v. Warden FCI Edgefield*, No. 4:17-cv-03091-PMD (D.S.C. Apr. 23, 2018). We deny as unnecessary Rice's motion for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*